UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

JAMES V. WILLIAMS,                            :
                                       :
                 Plaintiff,        :
                                       :           20-cv-8880 (LJL)
      -v-                        :
                                       :             ORDER
THE TRUSTEES OF COLUMBIA UNIVERSITY IN  :
THE CITY OF NEW YORK,             :
                                       :
               Defendant.     :
                                       X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference in this case yesterday, January 14, 2021. It was ordered and agreed:

1. Defense counsel will accept service of the complaint and has waived formal service of the complaint.

2. The parties shall participate in the Court's  mediation program.

3. Entry of the case management plan and all dates and deadlines are STAYED pending the conclusion of mediation, including Defendant's deadline to answer or otherwise respond to the complaint.

4. The parties are ORDERED to notify the Court by letter filed on ECF when mediation has been concluded and whether the case will proceed to litigation. The Court will then conduct a case management conference.

5. Absent further order of the Court, defendant shall move or answer to the Complaint 30 days after filing of a letter on ECF indicating that the mediation has been concluded.

      The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.

      SO ORDERED.

Dated: January 15, 2021
      New York, New York                  _____
                                       LEWIS J. LIMAN
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    1/15/2020